# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECELIA LAHR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIERE CREDIT OF NORTH AMERICA, L.L.C.,<br><br>Defendant. | CASE NO. 12-cv-2788-CAB (BGS)<br><br>ORDER GRANTING JOINT MOTION TO CONSOLIDATE<br><br>[Doc. No. 22] |
| ROBERT WHEELER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIERE CREDIT OF NORTH AMERICA, L.L.C.,<br><br>Defendant. | CASE NO. 12-cv-2948-CAB (BGS)<br><br>ORDER GRANTING JOINT MOTION TO CONSOLIDATE<br><br>[Doc. No. 31] |

This matter comes before the court on the parties' joint motions to consolidate. [Doc. No. 22 in Case No. 12-cv-2788, Doc. No. 31 in Case No. 12-cv-2948.] Cecelia Lahr and Robert Wheeler, plaintiffs in the '2788 and '2948 matters, respectively, and Premiere Credit of North America, LLC, defendant in both matters, jointly move the court to consolidate their cases under Federal Rule of Civil Procedure 42(a). In support of their joint motions, the parties emphasize that both matters involve putative class

1 claims for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227,
2 asserted against the same defendant.
3      For good cause shown, the motions are **GRANTED**.  The court directs the Clerk
4 of Court to consolidate Case Numbers 12-cv-2788 and 12-cv-2948, with the former to
5 serve as the lead case.  All future filings shall be lodged in *Lahr v. Premiere Credit of*
6 *North America, L.L.C.*, Case No. 12-cv-2788-CAB (BGS).
7      **IT IS SO ORDERED.**

9 DATED: November 14, 2013

                             **CATHY ANN BENCIVENGO**
                             United States District Judge