1 | David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
2 | Stephen A. Watkins (SBN 205175)
WatkinsS@cmtlaw.com
3 | CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
4 | Los Angeles, California 90045
t: (310) 242-2200 f: (310) 242-2222

5 | Attorneys for Defendants,
PREMIERE CREDIT OF NORTH AMERICA, LLC

6

7 | UNITED STATES DISTRICT COURT

8 | SOUTHERN DISTRICT OF CALIFORNIA

9

10 | ROBERT WHEELER, on behalf of himself and all others similarly

11 | situated,

Case No. 12-cv-2948-CAB-BGS

**NOTICE OF SETTLEMENT**

12 | Plaintiffs,

**Fed. R. Civ. P. 41(a)**

13 | vs.

14 | PREMIERE CREDIT OF NORTH AMERICA, LLC,

15 | Defendants.

16

17

18

19

20 | **TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

21 | **PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have

22 | agreed to settle the lawsuit in its entirety.  The parties anticipate that they will complete

23 | the settlement, and that the parties will file a Joint Motion to Dismiss the individual

24 | action of Plaintiff ROBERT WHEELER, with prejudice, pursuant to FRCP

25 | 41(a)(1)(A)(ii), and dismiss without prejudice, the class action claims asserted in the

26 | lawsuit, within 45 days from the date of this Notice.  The parties request that the Court

27

28

{00011687.DOCX;1}

1    take off calendar all future calendared dates.  Each party shall bear its/his/their own costs

2    and expenses.

3

4    DATED: November 27, 2013            **KAZERONI LAW GROUP, APC**

5

6                                       By   /s/ Abbas Kazerounian

7                                            Abbas Kazerounian
                                             Attorney for Plaintiff
8                                            ROBERT WHEELER, Individually

9                                            and on Behalf of All Others Similarly
                                             Situated
10

11

12

13   DATED: November 27, 2013            **CARLSON & MESSER LLP**

14

15                                       By: /s/ David J. Kaminski
                                             David J. Kaminski
16                                           Stephen A. Watkins
                                             Attorneys for Defendant
17                                           PREMIERE CREDIT OF NORTH

18                                           AMERICA, LLC

19

20

21

22

23

24

25

26

27

28

{00011687.DOCX;1}                                          NOTICE OF SETTLEMENT
                                                           12-cv-2948-CAB-BGS

1

# **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Abbas Kazerounian, counsel for Plaintiff, and that I have obtained Mr. Kazerounian's authorization to affix his electronic signature to this document.


Dated:  November 27, 2013          By:  /s/ David J. Kaminski
                                        David J. Kaminski

{00011687.DOCX;1}

## CERTIFICATE OF SERVICE

I hereby certify that on this **27th** day of **November, 2013**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the ECF system which will send notification of such filing to the following E-mail address:

ak@kazlg.com

/s/David J. Kaminski
David J. Kaminski