1 David J. Kaminski (SBN 128509)
  KaminskiD@cmtlaw.com
2 Stephen A. Watkins (SBN 205175)
  WatkinsS@cmtlaw.com
3 CARLSON & MESSER LLP
  5959 W. Century Boulevard, Suite 1214
4 Los Angeles, California 90045
  t: (310) 242-2200 f: (310) 242-2222

5 Attorneys For Defendants,
  PREMIERE CREDIT OF NORTH AMERICA, LLC
6

7                 UNITED STATES DISTRICT COURT

8                SOUTHERN DISTRICT OF CALIFORNIA

9

10 ROBERT WHEELER, on behalf of          Case No. 12-cv-2948-CAB-BGS
   himself and all others similarly
11 situated,                             **JOINT MOTION TO DISMISS
                                         PURSUANT TO Fed. R. Civ. P.
12                 Plaintiffs,           41(a)(1)(A)(ii)**

13        vs.

14 PREMIERE CREDIT OF NORTH
   AMERICA, LLC,
15                 Defendants.

16

17

18

19

20 TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO

21 THEIR RESPECTIVE COUNSEL OF RECORD:

22      PLEASE TAKE NOTICE that Plaintiff ROBERT WHEELER,  individually and

23 on behalf of all others similarly situated ("Plaintiff"), through his counsel of record, Todd

24 M. Friedman of the Law Offices of Todd M. Friedman, P.C. and Defendant PREMIERE

25 CREDIT OF NORTH AMERICA, LLC ("Defendant"), through its counsel of record,

26 David J. Kaminski of  Carlson & Messer LLP,  hereby file this Joint Motion to Dismiss

27 the individual action of Plaintiff ROBERT WHEELER, with prejudice, and to dismiss

28

{00013211;1}

without prejudice, the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear its/his/their own costs and expenses.


January 17, 2014                          **CARLSON & MESSER LLP**

                                          By: s/David J. Kaminski
                                              David J. Kaminski
                                              Stephen A. Watkins
                                              Attorneys for Defendant,
                                              PREMIERE CREDIT OF NORTH
                                              AMERICA, LLC


January 17, 2014                          **LAW OFFICES OF**
                                          **TODD M. FRIEDMAN, P.C.**

                                          By: s/Todd M. Friedman
                                              Todd M. Friedman
                                              Attorneys for Plaintiff,
                                              ROBERT WHEELER

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Todd M. Friedman, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: January 17, 2014          **CARLSON & MESSER LLP**

By:   /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
PREMIERE CREDIT OF NORTH
AMERICA, LLC

1

2

## <u>CERTIFICATE OF SERVICE</u>

3        I hereby certify that on this **17th** of **January 2014**, a true and accurate copy of the

4   foregoing **JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)**

5   was served via the U.S. District Court ECF system on the following e-mail(s):

6    tfriedman@AttorneysForConsumers.com

7

8                                        /s/ David J. Kaminski

9                                         David J. Kaminski

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28